■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD WILLIAM BOWMAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Ain, J.), rendered February 17, 1984, convicting him of grand larceny in the second degree, criminal possession of stolen property in the first degree and unauthorized use of a vehicle in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

While the record discloses that the People failed to comply with Penal Law § 450.10, such noncompliance was not in bad faith and did not prejudice the defendant. Therefore, dismissal of the indictment or modification of the judgment is not warranted *(see, People v Angelo,* 93 AD2d 264; *People v Washington,* 110 AD2d 797; *People v Lopez,* 123 Misc 2d 134). Lazer, J. P., Mangano, Gibbons and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASCUAL CANTRES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mirabile, J.), rendered February 28, 1983, convicting him of robbery in the first degree (three counts), attempted robbery in the first degree, and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial (Moskowitz, J.), after a hearing, of the defendant's motion to suppress evidence.

Judgment affirmed.

We have reviewed the evidence presented at the defendant's *Wade* hearing, and find that the lineup in which he participated was not unduly suggestive. We have considered the defendant's other contentions and find them to be either unpreserved for our review or without merit. Weinstein, J. P., Niehoff, Lawrence and Kooper, JJ., concur.